JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| El Veasta Lampley ) | **Case No. SACV 10-0329-AG** |
| ) | |
| Plaintiffs, ) | **HON. ANDREW J. GUILFORD** |
| vs. ) | |
| ) | **JUDGMENT** |
| Morgan Stanley, et al., Defendant; Wells ) | |
| Fargo National Association, et al., ) | |
| Defendant; New Century Financial ) | |
| Corporation, Defendant; Deutsche Bank ) | |
| National Trust, et al., Defendant; ) | |
| HomEq, et al., Defendant ) | |
| ) | |
| Defendants. ) | |
| ) | |

On June 1, 2010, Defendants Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass Through Certificates, Series 2006 NC3, improperly named herein as Morgan Stanley, et al and Deutsche

1

1  Bank National Trust, et al., and Barclays Capital real Estate Inc. d/b/a HomEq
2  Servicing, improperly named herein as HomEq, filed a Motion to Dismiss
3  Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).
4      After considering the moving papers and the opposition thereto, the Court is
5  satisfied that the deficiencies of the Complaint cannot be cured by amendment and
6  ORDERS as follows:
7      IT IS ORDERED AND ADJUDGED that that Plaintiff, El Veasta Lampley,
8  take nothing by way of her complaint, that the action be dismissed on the merits,
9  without leave to amend and that JUDGMENT is hereby entered in favor of
10 Deutsche Bank National Trust Company as Trustee under Pooling and Servicing
11 Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust
12 2006-NC3 Mortgage Pass Through Certificates, Series 2006 NC3, improperly
13 named herein as Morgan Stanley, et al and Deutsche Bank National Trust, et al,
14 and Barclays Capital real Estate Inc. d/b/a HomEq Servicing, improperly named
15 herein as HomEq, et al., and against Plaintiff.

16 **IT IS SO ORDERED**

17 **November 10, 2010**

                                        _____
                                        Hon. Andrew J. Guilford
                                        United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

[PROPOSED] JUDGMENT